JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| ROBERT ARNAUD, | CASE NO. CV 20-00039-JAK (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RAYMOND MADDEN, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _July 16, 2020_

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE